UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 23-7474-KK** | | Date: | November 21, 2023 |
|---|---|---|---|---|
| Title: | *In Re Edgar Augusto Meinhardt Iturbe* | | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders**

On September 8, 2023, appellant Edgar Augusto Meinhardt Iturbe ("Appellant") filed a Notice of Appeal of an Order of the United States Bankruptcy Court for the Central District of California.  ECF Docket No. ("Dkt.") 1.

On September 20, 2023, the Court issued an Order directing Appellant to serve and file his opening brief no later than October 20, 2023.  Dkt. 8.  Thereafter, pursuant to Appellant's request, the Court continued the deadline for Appellant to file his opening brief to November 10, 2023.  Dkt. 17.

Despite this extension of time, Appellant has not filed an opening brief and is therefore in violation of the Court's Orders.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for failure to prosecute or failure to comply with a court order.  See FED. R. CIV. P. 41(b); see also FED. R. BANKR. P. 8018(a)(4) (stating district court may dismiss bankruptcy appeal on its own motion if appellant fails to timely file brief).  Before dismissing this action, the Court will afford Appellant an opportunity to explain his failure to file an opening brief as ordered by the Court.

Accordingly, Appellant is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and/or comply with court orders.  Appellant shall have **up to and including December 4, 2023** to respond to this Order.

        Appellant is expressly warned that failure to timely file a response to this Order <u>will</u> result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  <u>See</u> Fᴇᴅ. R. Cɪᴠ. P. 41(b); Fᴇᴅ. R. Bᴀɴᴋʀ. P. 8018(a)(4).

        **IT IS SO ORDERED.**